**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6374**

─────────────

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff - Appellee,

　　　v.

LAURENCE SESSUM,

　　　　　　　Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:18-cr-00292-RJC-DSC-2)

─────────────

Submitted:  September 19, 2024　　　　　　　　Decided:  September 24, 2024

─────────────

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Laurence Sessum, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laurence Sessum appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Sessum*, No. 3:18-cr-00292-RJC-DSC-2 (W.D.N.C. Mar. 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*